James E. Gigax, Wyo. Sup. Court Reg. 5-1913
Bloom, Murr & Accomazzo, P.C.
410 17th St., Ste. 2400
Denver, CO  80202
Tel. (303)534-2277 (fax -1313)
jgigax@bmalaw.com
Attorney for Lauren Roy

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| MEEMIC INSURANCE CO.,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER BOEKENOOGEN et al.<br><br>Defendants. | Case **1:09-cv-00114-CAB** |

## MOTION FOR DEFAULT JUDGMENT

Defendant Lauren Roy, by counsel, moves for default judgment against

Defendants Christine Sweeney and Roger Miller. In support, Roy shows:

1.   Per the Clerk's Entry of Default, Document 59 Filed 08/09/10, default

was entered against Defendants Christine Sweeney and Roger Miller. The

Entry of Default noted proper service upon and a lack of response by

Defendants Sweeney and Miller.

1

2.    Roy requests that formal default judgment enter against these defendants, so that the insurers (Meemic and Hanover) for the party at fault (Mr. Levinson) have no basis to believe, or any nominal basis to claim concern, that Ms. Sweeney or Mr. Miller may assert a claim.

WHEREFORE, Roy prays that the Court enter an order in the form filed herewith, thereby entering default judgment against Defendants Christine Sweeney and Roger Miller.

S/James E. Gigax

_____

James E. Gigax, Wyo. Sup. Court Reg. 5-1913
Bloom, Murr & Accomazzo, P.C.
410 17th St., Ste. 2400
Denver, CO  80202
Telephone (303)534-2277
Facsimile (303)534-1313
jgigax@bmalaw.com

Attorneys for Lauren Roy

CERTIFICATE OF SERVICE

The undersigned does hereby certify that on October 28, 2010,  a true and correct copy of the foregoing was (1) faxed; (2)hand delivered; (3) electronically served via e-mail; (4) mailed, first class (5) e-mailed, (6) **served via ECF**  to:

Mel Dunn
P. O. Box 2542
Casper, WY 82602
307-267-7758
Representing Merilie Reynolds

Steve Emery
Williams, Porter, Day & Neville
P. O. Box 10700

2

Casper, WY 82602
(307) 265-0700
Representing Samantha Myles' Subrogation Claim (Farmer's Insurance)

Alan C. Stevens
Thomsen Stevens Law Office
2635 Channing Way
Idaho Falls, ID 83404
(208) 522-1277
Representing Jennifer Bookenoogen

Steve Winship
Winship & Winship
P. O. Box 548
Casper, WY 82602
(307) 234-8991
Representing Malia Bush

John D. Bowers
Bowers Law Firm, P.C.
P.0. Box 1550
Afton, WY 83110
(307) 885-1000
Representing Steven LaFollette

James E. Gigax
Bloom, Murr & Accomazzo, P. C.
410 17th Street, Suite 2400
Denver, CO 80202
(303) 534-2277
Representing Lauren Roy

James C. Worthen
Murane & Bostwick
201 North Wolcott
Casper, WY 82601
(307) 234-9345
Representing Meemic Ins. Co. ($ 500,000.00 policy limit is in the registry of the U. S. District Court.

and mailed by U.S. Mail to:

Roger Miller
431 Spencer Plain Road
Westbrook, CT 06498

Daniel Kekacs
125 Palm Street
Bangor, ME 04401

Christine Sweeney
4621 Glencannon Street
Santa Rosa, CA 95405-7435

Greg Brenner
14095 Carlisle Drive
Huntsville, AL 35803

And, a copy hereof, plus a word-formatted copy of the proposed order, was e-mailed to 'wyojudgewcb@wyd.uscourts.gov'

s/ James E. Gigax
_____

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING

_____
                                    )
MEEMIC INSURANCE CO.                )
                                    )
            Plaintiff,              )
                                    )
    vs.                             )   Case **1:09-cv-00114-CAB**
                                    )
JENNIFER BOEKENOOGEN et al.         )
                                    )
            Defendants.             )
_____

ORDER Re: MOTION FOR DEFAULT JUDGMENT

This Motion has come before the Court on the Motion for Default Judgment against Defendants Christine Sweeney and Roger Miller.

5

Being advised in the premises, and noting that Defendants Christine Sweeney and Roger Miller were duly served but have not answered or filed an appearance, the Motion for Default Judgment is GRANTED.

The Plaintiff, Meemic Insurance Co. and its insured, David Levinson, are discharged of any liability to Defendants Christine Sweeney and Roger Miller. Further, Defendants Christine Sweeney and Roger Miller are enjoined and prohibited from instituting any action against Plaintiff, Meemic Insurance Co. and its insured, David Levinson, arising from the events described in the Complaint filed by Meemic Insurance Co.

Entered this ___ day of _____, 2010.

_____
U.S. District Court Judge

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

_____

MEEMIC INSURANCE CO.   )
                       )
                       )
          Plaintiff,   )
                       )
     vs.               )   Case **1:09-cv-00114-CAB**
                       )
JENNIFER BOEKENOOGEN et al.   )
                       )
          Defendants.  )
_____

ORDER Re: MOTION FOR ORDER TO ATTEND MEDIATION

This Motion has come before the Court on the Motion for Order to Attend Mediation, filed by Defendant Lauren Roy.

Being advised in the premises, the Motion is GRANTED.

The parties, either personally or through their counsel, shall attend a non-binding mediation on November 2, 2010 at 9:00 a.m. at the offices of Williams Porter Day & Neville,  159 N. Wolcott St., Ste. 400,  Casper, WY.

6

The parties are further ordered to share the mediator's fees equally.

Entered this ___ day of _____, 2010.

_____
U.S. District Court Judge